IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| JOHN A. HALEY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | CIVIL ACTION NO. 2:03cv298-SRW |
| | ) | WO |
| JOHN E. POTTER, | ) | | |
| Postmaster General, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## FINAL JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT and DECREE of this court that judgment is entered in favor of defendant and against plaintiff. Costs are taxed against plaintiff.

DONE, this 31st day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE